JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUH-YUE CHEN, | No.   SA CV 22-203 PA |
| Petitioner-Defendant, | SA CR 19-100 PA |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent-Plaintiff. | |

Pursuant to the Court's March 30, 2022 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner Yuh-Yue Chen ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: March 30, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE